CATHERINE M. CORFEE SBN 155064
CORFEE STONE LAW CORPORATION PC
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
catherine@corfeestone.com
assistant@corfeestone.com

Attorney for Plaintiff:
SUSAN FERET

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FERET, | Case No.: 2:19-cv-00818-JAM-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| DR. CLIFFORD UPSHAW; and Does 1-10, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD: Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby grants the parties an extension to further negotiate a settlement to resolve this matter from 45 days to 60 days and if no settlement is reach at that time the parties must agree and participate in the VDRP program by no later than 8-18-2019.

**IT IS SO ORDERED.**

Dated: 8/5/2019                     /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    United States District Court Judge